No. 671          September 18, 2024          183

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of S. L. F.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

J. W. H. G.,
*Appellant.*

Lane County Circuit Court
22JU03619; A183729

Amit K. Kapoor, Judge.

Submitted August 21, 2024.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Sean Connor, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and E. Nani Apo, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, Mooney, Judge, and DeVore, Senior Judge.

PER CURIAM

Reversed.

**PER CURIAM**

This is a juvenile dependency proceeding in which father appeals the juvenile court's judgment exercising dependency jurisdiction over child on three bases: (1) that father lacked a relationship with child and needed assistance of the court to build a relationship with child and to safely parent; (2) that father lacks the parenting skills, knowledge, motivation, and/or judgment necessary to safely parent; and (3) that father needs continued assistance to safely parent child despite having participated in services to address father's parenting skills. Father assigns error to the juvenile court's determination that jurisdiction was warranted on each of those bases. He argues that the record does not contain legally sufficient evidence to support dependency jurisdiction over child on any of those grounds. The Department of Human Services concedes that the evidence is insufficient as to each basis and that the court erred in taking jurisdiction over child for that reason. We agree, accept the concession, and reverse the juvenile court's judgment exercising dependency jurisdiction over child.

Reversed.